# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED PRESCRIPTION SERVICES, INC.,**

 **Plaintiff,**

v.               Case No.  8:07-cv-316-T-30TGW

**ATTORNEY GENERAL OF THE UNITED STATES, et al.,**

 **Defendants.**

_____/

## **ORDER**

THIS CAUSE comes before the Court upon the Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. #2).  Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.  The Emergency Motion for Temporary Restraining Order (Dkt. #2-1) is DENIED.

2.  The Clerk is directed to reassign this case to Magistrate Judge Mark A. Pizzo because of his familiarity with related case #8:06-cv-1977-T-30MAP.

3.  The Clerk is directed to refer Plaintiff's Motion for Preliminary Injunction (Dkt. #2-2) to Magistrate Mark A. Pizzo for a Report and Recommendation.

4.  Defendants are directed to respond to Plaintiff's Motion for Preliminary Injunction (Dkt. #2-2) within seven (7) days of the date of this Order.

**DONE** and **ORDERED** in Tampa, Florida on February 28, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Magistrate Judge Mark A. Pizzo
Counsel/Parties of Record
John F. Rudy, AUSA

F:\Docs\2007\07-cv-316.deny tro 2.frm