# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED PRESCRIPTION SERVICES,
INC.,

      Plaintiff(s),

v.                            Case No:  8:07-CV-316-T-30MAP

ALBERTO R. GONZALEZ, in his official
capacity as Attorney General, United
States Department of Justice, et al.,

      Defendant(s).
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Mark A. Pizzo (Dkt. #18). The Court notes that Plaintiff timely filed Written Objections to the Proposed Findings and Recommendations (Dkt. #19). Defendants have not filed a Reply to the Objections and the time for doing so has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.      The Report and Recommendation (Dkt. #18) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.      The Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. #2) filed on February 20, 2007, is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on May 23, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record

S:\Even\2007\07-cv-316.R & R 18.wpd