**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED PRESCRIPTION SERVICES, INC.,**

    **Plaintiff,**

v.                        Case No. 8:07-cv-316-T-30MAP

**ATTORNEY GENERAL OF THE UNITED STATES, et al.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulation for Voluntary Dismissal (Dkt. #22). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 26, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-316.dismissal 22.wpd